UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIT FOODS TO GO LLC,

    Plaintiff,

v.

    Case No. 19-cv-12075
    Hon. Matthew F. Leitman

AMERICAN FIT NUTRITION,
MUSCLE GAUGE NUTRITION
LLC, *et al.*,

    Defendants.

_____/

## ORDER REQUIRING PLAINTIFF TO SERVE DEFENDANTS WITH NOTICE OF HEARING

On July 10, 2020, Plaintiff Fit Foods to Go LLC filed a motion for a default judgment against all Defendants. (*See* Mot., ECF No. 18.)  On December 8, 2020, the Court issued a Notice of Hearing setting Fit Foods' motion for a video hearing on January 19, 2021, at 10:00 a.m. (*See* Notice of Hearing, ECF No. 19.)

By no later than **December 28, 2020**, Fit Foods shall serve each Defendant with (1) the Notice of Hearing on its motion for default judgment, (2) this order, and (3) a proposed default judgment.  By no later than **December 28, 2020**, Fit Foods shall file a Certificate of Service on the docket confirming that it has served each Defendant with these documents.  Finally, by no later than **December 28, 2020**, Fit

Foods shall submit the proposed default judgment to the Court through the Utilities function of CM/ECF.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: December 8, 2020

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 8, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(810) 341-9764