UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIT FOODS TO GO LLC,

     Plaintiff,

v.

AMERICAN FIT NUTRITION,
MUSCLE GAUGE NUTRITION
LLC, *et al.*,

     Defendants.

Case No. 19-cv-12075
Hon. Matthew F. Leitman

_____/

## ORDER DENYING WITHOUT PREJUDICE (1) MOTION FOR DEFAULT JUDGMENT (ECF No. 18) AND (2) MOTION TO SET ASIDE DEFAULTS (ECF No. 25)

Now pending before the Court are a Motion for Default Judgment (ECF No. 18) and a Motion to Set Aside Defaults (ECF No. 25). The Court held a hearing on the motions on January 19, 2021. For the reasons stated on the record, both motions are DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 19, 2021

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 19, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764